UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID C. LETTIERI,

    Plaintiff,

       v.

FEDERAL MEDICAL CENTER DEVENS,
et al.,

    Defendants.

CIVIL ACTION NO. 25-11372-MPK

ORDER OF REASSIGNMENT TO A DISTRICT JUDGE AND
REPORT AND RECOMMENDATION OF DISMISSAL

KELLEY, U.S.M.J.

    Pro se plaintiff David Lettieri, an inmate at FMC Devens, filed a complaint against correction officers and administrators on May 12, 2025 (#1). On August 22, 2025, given his "three-strikes" status under 28 U.S.C. § 1915(g), this court issued an order denying Lettieri's motion for leave to proceed *in forma pauperis* and directing him to pay the $405 filing fee or show good cause why he should not be required to do so, by September 19, 2025 (#6). A copy of this "Three Strikes Order" was mailed to Lettieri on August 25, 2025 (#7).

    Since August 25, 2025,[1] Lettieri has not filed anything in this action although, on November 3, he filed a new complaint. *See Lettieri v. Wiggins*, C.A. No. 25-cv-13250, ECF No.

---

[1] Ten days before the Three Strikes Order issued, Lettieri filed, in the United States District Court for the Central District of Illinois, another motion for leave to proceed *in forma pauperis* and what that court construed as a motion for leave to file an amended complaint. In a Text Order issued on September 18, 2025, that court directed its clerk to forward the motions here. *See Lettieri v. Federal Medical Center Devens*, C.A. No. 3:25-cv-03127-SEM-DJQ, ECF Nos. 4-5 (C.D. Ill. Aug. 12, 2025), and Text Order (C.D. Ill. Sept. 18, 2025). The motions and Text Order were received by this Court on September 26, 2025. They are ECF No. 8. The court has reviewed the motions, and they do not alter its Three Strikes ruling.

1 (D. Mass. Nov. 3, 2025). The court orders the reassignment of this action to a District Judge and recommends to the District Judge to whom the action is reassigned that it be dismissed.

I. <u>Order of Reassignment to a District Judge</u>.

Without the consent of all parties to a civil action, a United States Magistrate Judge cannot, among other things, enter final judgment. *See* 28 U.S.C. § 636(b)(1), (c). In this action, no summonses have issued, and no defendants have been served or otherwise appeared. Defendants who have yet to be served or appear in a civil action cannot consent to the Magistrate Judge entering final judgment. Accordingly, this court orders the reassignment of this action to a United States District Judge.

II. <u>Report and Recommendation of Dismissal</u>.

The deadline set by this court for doing so has passed, and Lettieri has not paid the filing fee or shown good cause why he should not be required to given his "three-strikes" status. For the reasons set out in the Three Strikes Order and Lettieri's failure to comply with same, this action should be dismissed without prejudice for the failure to pay the filing fee. *See*, *e.g.*, *Ewers v. Massachusetts*, C.A. No. 23-cv-12102-RGS, 2023 WL 8039296 (D. Mass. Nov. 17, 2023) (dismissing action under these circumstances).

Lettieri is advised that if he objects to this Report and Recommendation, he must, pursuant to Fed. R. Civ. P. 72(b), file specific written objections with the Clerk of this Court within fourteen (14) days of service of the Report and Recommendation. The objections must specifically identify the portion of the Report and Recommendation to which objections are made and state the basis for such objections. Failure to comply with Fed. R. Civ. P. 72(b) will preclude further appellate review.

November 5, 2025                                              /s/ M. Page Kelley
                                                              M. Page Kelley
                                                              United States Magistrate Judge